o

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DONNIE C. GREEN**                                                                                          **PLAINTIFF**

**V.**                                                               **CIVIL ACTION NO. 1:06cv68-WJG-JMR**

**THE CIT GROUP/SALES FINANCING, INC.**                                          **DEFENDANT**

## AGREED ORDER OF DISMISSAL

This day, this cause came before the Court on the Motion *Ore Tenus* of the parties to finally dismiss this civil action with prejudice as the parties have reached settlement in this matter, and the Court having considered said Motion does hereby find that it is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that this action be, and hereby is, dismissed with prejudice in its entirety as to all parties and claims and that all parties hereto are to bear their own costs associated with these proceedings.

SO ORDERED AND ADJUDGED on this the 2nd day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge

1

AGREED BY:


s/ Virginia L. LoCoco
Virginia L. LoCoco (MSB #8483)


Attorney for Plaintiff



**s/G. Dewey Hembree, III**
**G. Dewey Hembree (MSB #2247)**

**Attorney for The CIT Group**